IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WHITNEY INGLE,

    Plaintiff,

v.                                                    Civil Action No. 3:21cv206

CHEMTREAT, INC. &
THE ALLEN MANUFACTURING CO.
d/b/a DANAHER CORP.,

    Defendants.

## FINAL ORDER

On December 16, 2021, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to the remaining defendant in this case, ChemTreat, Inc. ("ChemTreat"). (ECF No. 25.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 20 December 2021
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge